UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michelle M. Mears,

Case No. 3:25-cv-1392

Plaintiff,

v.

ORDER AND
JUDGMENT ENTRY

Commissioner of Social Security,

Defendant.

On August 14, 2026, United States Magistrate Judge Amanda M. Knapp issued a Report and Recommendation ("R & R") recommending I reverse the final decision of Defendant Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and remand this matter pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings. (Doc. No. 13). In the R & R, she notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

(*Id.* at 40).

More than fourteen days have passed, and no party has filed any objection to Judge Knapp's R & R. I consider their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Knapp's R & R in its entirety as the final Order of this Court.

The Commissioner's decision is reversed, and this case is remanded to the Commissioner and the ALJ for proceedings consistent with the R & R.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge